**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Darryle Cook aka Darryle John Cook<br>      Latisha Cook aka Latisha Peebles Cook,<br>aka Latisha Peebles<br>                      Debtor(s) | BK NO. 25-01870 MJC<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ *Matthew Fissel*
                                            Matthew Fissel
                                            09 Jul 2025, 14:32:55, EDT

                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322