Certificate Number: 13861-PAM-DE-039872619

Bankruptcy Case Number: 25-01870


13861-PAM-DE-039872619

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on July 15, 2025, at 5:01 o'clock PM PDT, Darryle Cook completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 15, 2025

By: /s/Andrea Gonzalez

Name: Andrea Gonzalez

Title: Counselor