Certificate Number: 13861-PAM-DE-039872620

Bankruptcy Case Number: 25-01870



13861-PAM-DE-039872620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2025, at 5:01 o'clock PM PDT, Latisha Cook completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   July 15, 2025              By:   /s/Andrea Gonzalez

                                  Name:  Andrea Gonzalez

                                  Title: Counselor