UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     DARRYLE COOK, AKA | : | |
|     DARRYLE JOHN COOK and | : | |
|     LATISHA COOK, AKA | : | |
|     LATISHA PEEBLES, AKA | : | |
|     LATISHA PEEBLES COOK, | : | |
|         Debtors | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| DARRYLE COOK, AKA | : | |
| DARRYLE JOHN COOK and | : | |
| LATISHA COOK, AKA | : | |
| LATISHA PEEBLES, AKA | : | |
| LATISHA PEEBLES COOK, | : | |
|     Respondents | : | CASE NO. 5-25-bk-01870-MJC |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 12th day of August 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtors' Plan for the following reasons:

1. Debtors' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtors have access to non-exempt equity in the following:

    a. Residential real estate. Trustee requests a copy of the Debtors' Deed for the real property listed in their schedules.

2. Trustee avers that Debtors' Plan cannot be administered due to the lack of the following:

    a. Debtors have not provided Trustee with copies of Debtors' credit report.

WHEREFORE, the Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtors' Plan;
b. dismiss or convert Debtors' case; and
c. provide such other relief as is equitable and just.

                Respectfully submitted:

                Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
        Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 12th day of August 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Patrick J. Best, Esquire
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

               /s/ Derek M. Strouphauer, Paralegal
               Office of Jack N. Zaharopoulos
               Standing Chapter 13 Trustee