United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01870-MJC |
| Darryle Cook | Chapter 13 |
| Latisha Cook | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Aug 11, 2025      Form ID: ntcnfhrg      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryle Cook, Latisha Cook, 121 American Way, East Stroudsburg, PA 18301-8206 |
| 5727610 | | Advantage Care Physicians, 326 East 149th St. Bronx, NY 10451 |
| 5724347 | + | Ccs/Bryant State Bank, 4301 W 57th Street, # 120, Sioux Falls, SD 57108-2255 |
| 5724357 | | Exxmblciti, Hagerstown, MD 21747 |
| 5724358 | + | First National Bank/Fi, 300 Saint Paul Pl, Baltimore, MD 21202-2120 |
| 5724360 | | HNL Lab Medicine, 794 Roble Road, Allentown, PA 18109-9110 |
| 5724368 | + | Specialty Physicians Associates, 3445 High Point Blvd., Ste 400, Bethlehem, PA 18017-7817 |
| 5724369 | | Sunoco/Citi, Citibank, Hagerstown, MD 21747 |
| 5727611 | | Vivint Home Security, 62992 Collection Drive Chicago IL 60693 |
| 5724379 | | Webbank/Onemain/Fis, Po Box 31535ta 74, Tampa, FL 33631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2025 18:53:11 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5731400 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2025 18:42:06 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5724339 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2025 18:53:04 | Amex, P O Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5724340 | + | Email/Text: bk@avant.com | Aug 11 2025 18:43:00 | Avant Llc/Web Bank, 222 W Merchandise Mart P, Chicago, IL 60654-1103 |
| 5724341 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2025 18:42:00 | Bank Of America, 400 Christiana Road, Newark, DE 19702-3208 |
| 5724342 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2025 18:43:00 | Barclays Bank Delaware, 1007 N Orange St, Wilmington, DE 19801-1239 |
| 5724343 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2025 18:43:00 | Barclays Bank/Old Navy, 125 S West St, Wilmington, DE 19801-5014 |
| 5724344 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2025 18:42:00 | Bk Of Amer, Pob 15026, Wilmington, DE 19850-5026 |
| 5724349 | | Email/Text: cfcbackoffice@contfinco.com | Aug 11 2025 18:43:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 5724373 | | Email/Text: cfcbackoffice@contfinco.com | Aug 11 2025 18:43:00 | Tbom/Contfin, 4550 New Linden Hill Rd #400, Wilmington, DE |

| Recip ID | | Method | Date/Time | Name/Address |
| --- | --- | --- | --- | --- |
| 5724354 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM Aug 11 2025 18:42:00 | | Cortrust Bank Na, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5724355 | | Email/Text: correspondence@credit-control.com Aug 11 2025 18:43:00 | | Credit Control LLC, PO Box 488, Hazelwood, MO 63042 |
| 5727525 | | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 11 2025 18:53:51 | | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5724345 | + | Email/PDF: acg.coaf.ebn@aisinfo.com Aug 11 2025 18:54:32 | | Cap One Auto, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 5724346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Aug 11 2025 18:42:06 | | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 5725457 | + | Email/PDF: acg.acg.ebn@aisinfo.com Aug 11 2025 18:54:42 | | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5731781 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Aug 11 2025 18:54:43 | | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5724350 | + | Email/Text: omx-bnc-bk-notices@chime.com Aug 11 2025 18:43:00 | | Chime Stride, Po Box 417, San Francisco, CA 94104-0417 |
| 5724351 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2025 18:43:00 | | Comenitybank/Vicsecrmc, Po Box 182789, Columbus, OH 43218-2789 |
| 5724352 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2025 18:43:00 | | Comenitycapital/Biglot, Po Box 182120, Columbus, OH 43218-2120 |
| 5724353 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2025 18:43:00 | | Comenitycb/Myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 5724356 | + | Email/PDF: creditonebknotifications@resurgent.com Aug 11 2025 18:42:07 | | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 5724348 | | Email/Text: BNSFN@capitalsvcs.com Aug 11 2025 18:42:00 | | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5725193 | | Email/PDF: resurgentbknotifications@resurgent.com Aug 11 2025 18:53:57 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5724361 | ^ | MEBN Aug 11 2025 18:37:57 | | Loandepo.Co, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 5729396 | | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 11 2025 18:53:12 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5724363 | | Email/Text: ml-ebn@missionlane.com Aug 11 2025 18:42:00 | | Mission Lane Tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 5724362 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 11 2025 18:53:30 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5724364 | | Email/Text: bankruptcynotice@nymcu.org Aug 11 2025 18:43:00 | | Muncpl Cr Un, 22 Courtland St, Brooklyn, NY 11201 |
| 5729407 | + | Email/PDF: cbp@omf.com Aug 11 2025 18:53:46 | | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5725670 | + | Email/PDF: cbp@omf.com Aug 11 2025 18:41:32 | | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5724365 | + | Email/PDF: cbp@omf.com Aug 11 2025 18:53:29 | | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5724366 | ^ | MEBN Aug 11 2025 18:38:03 | | Prosper/Coastal Comm, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 5730208 | | Email/Text: bnc-quantum@quantum3group.com Aug 11 2025 18:43:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5724371 | | Email/Text: bankruptcy@sunbit.com | Aug 11 2025 18:42:00 | Tab/Sunbit, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 5724367 | + | Email/Text: bankruptcy@sccompanies.com | Aug 11 2025 18:43:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5724370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 18:53:45 | Syncb/Jc Penney Dc, Po Box 981425, El Paso, TX 79998-1425 |
| 5724372 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 11 2025 18:42:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 5724374 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 11 2025 18:43:00 | Tbom/Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 5724375 | + | Email/Text: bncmail@w-legal.com | Aug 11 2025 18:43:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5724376 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2025 18:54:35 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 5724377 | + | Email/Text: dht@pacollections.com | Aug 11 2025 18:43:00 | Tsarouhis Law Group, 21 S 9th Street, Allentown, PA 18102-4861 |
| 5724378 | + | Email/Text: LCI@upstart.com | Aug 11 2025 18:43:00 | Upstart Network Inc., 2950 S Delaware St Ste 3, San Mateo, CA 94403-2580 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5724359 | ##+ | Fsb Blaze, 2500 S Minnesota Ave, Sioux Falls, SD 57105-4729 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Patrick James Best | on behalf of Debtor 2 Latisha Cook patrick@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com |

| | |
|---|---|
| Patrick James Best | on behalf of Debtor 1 Darryle Cook patrick@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Darryle Cook,
 aka Darryle John Cook,

**Debtor 1**

Latisha Cook,
 aka Latisha Peebles Cook, aka Latisha Peebles,

**Debtor 2**

Chapter 13

Case No. 5:25−bk−01870−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 11, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 18, 2025  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 11, 2025 |

ntcnfhrg (08/21)