United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-01870-MJC
Darryle Cook  Chapter 13
Latisha Cook
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Aug 11, 2025      Form ID: pdf002      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryle Cook, Latisha Cook, 121 American Way, East Stroudsburg, PA 18301-8206 |
| 5727610 | | Advantage Care Physicians, 326 East 149th St. Bronx, NY 10451 |
| 5724347 | + | Ccs/Bryant State Bank, 4301 W 57th Street, # 120, Sioux Falls, SD 57108-2255 |
| 5724357 | | Exxmblciti, Hagerstown, MD 21747 |
| 5724358 | + | First National Bank/Fi, 300 Saint Paul Pl, Baltimore, MD 21202-2120 |
| 5724360 | | HNL Lab Medicine, 794 Roble Road, Allentown, PA 18109-9110 |
| 5724368 | + | Specialty Physicians Associates, 3445 High Point Blvd., Ste 400, Bethlehem, PA 18017-7817 |
| 5724369 | | Sunoco/Citi, Citibank, Hagerstown, MD 21747 |
| 5727611 | | Vivint Home Security, 62992 Collection Drive Chicago IL 60693 |
| 5724379 | | Webbank/Onemain/Fis, Po Box 31535ta 74, Tampa, FL 33631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2025 18:53:13 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5731400 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2025 18:53:30 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5724339 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2025 18:53:04 | Amex, P O Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5724340 | + | Email/Text: bk@avant.com | Aug 11 2025 18:43:00 | Avant Llc/Web Bank, 222 W Merchandise Mart P, Chicago, IL 60654-1103 |
| 5724341 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2025 18:42:00 | Bank Of America, 400 Christiana Road, Newark, DE 19702-3208 |
| 5724342 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2025 18:43:00 | Barclays Bank Delaware, 1007 N Orange St, Wilmington, DE 19801-1239 |
| 5724343 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2025 18:43:00 | Barclays Bank/Old Navy, 125 S West St, Wilmington, DE 19801-5014 |
| 5724344 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2025 18:42:00 | Bk Of Amer, Pob 15026, Wilmington, DE 19850-5026 |
| 5724349 | | Email/Text: cfcbackoffice@contfinco.com | Aug 11 2025 18:43:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 5724373 | | Email/Text: cfcbackoffice@contfinco.com | Aug 11 2025 18:43:00 | Tbom/Contfin, 4550 New Linden Hill Rd #400, Wilmington, DE |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5724354 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM Aug 11 2025 18:42:00 | | Cortrust Bank Na, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5724355 | | Email/Text: correspondence@credit-control.com Aug 11 2025 18:43:00 | | Credit Control LLC, PO Box 488, Hazelwood, MO 63042 |
| 5727525 | | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 11 2025 18:54:32 | | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5724345 | + | Email/PDF: acg.coaf.ebn@aisinfo.com Aug 11 2025 18:53:54 | | Cap One Auto, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 5724346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Aug 11 2025 18:54:32 | | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 5725457 | + | Email/PDF: acg.acg.ebn@aisinfo.com Aug 11 2025 18:41:35 | | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5731781 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Aug 11 2025 18:53:14 | | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5724350 | + | Email/Text: omx-bnc-bk-notices@chime.com Aug 11 2025 18:43:00 | | Chime Stride, Po Box 417, San Francisco, CA 94104-0417 |
| 5724351 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2025 18:43:00 | | Comenitybank/Vicsecrmc, Po Box 182789, Columbus, OH 43218-2789 |
| 5724352 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2025 18:43:00 | | Comenitycapital/Biglot, Po Box 182120, Columbus, OH 43218-2120 |
| 5724353 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2025 18:43:00 | | Comenitycb/Myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 5724356 | + | Email/PDF: creditonebknotifications@resurgent.com Aug 11 2025 18:42:39 | | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 5724348 | | Email/Text: BNSFN@capitalsvcs.com Aug 11 2025 18:42:00 | | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5725193 | | Email/PDF: resurgentbknotifications@resurgent.com Aug 11 2025 18:53:04 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5724361 | ^ | MEBN Aug 11 2025 18:37:58 | | Loandepo.Co, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 5729396 | | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 11 2025 18:42:40 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5724363 | | Email/Text: ml-ebn@missionlane.com Aug 11 2025 18:42:00 | | Mission Lane Tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 5724362 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 11 2025 18:53:22 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5724364 | | Email/Text: bankruptcynotice@nymcu.org Aug 11 2025 18:43:00 | | Muncpl Cr Un, 22 Courtland St, Brooklyn, NY 11201 |
| 5729407 | + | Email/PDF: cbp@omf.com Aug 11 2025 18:53:06 | | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5725670 | + | Email/PDF: cbp@omf.com Aug 11 2025 18:53:15 | | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5724365 | + | Email/PDF: cbp@omf.com Aug 11 2025 18:53:44 | | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5724366 | ^ | MEBN Aug 11 2025 18:38:04 | | Prosper/Coastal Comm, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 5730208 | | Email/Text: bnc-quantum@quantum3group.com Aug 11 2025 18:43:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5724371 | | Email/Text: bankruptcy@sunbit.com | Aug 11 2025 18:42:00 | Tab/Sunbit, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 5724367 | + | Email/Text: bankruptcy@sccompanies.com | Aug 11 2025 18:43:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5724370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 18:54:32 | Syncb/Jc Penney Dc, Po Box 981425, El Paso, TX 79998-1425 |
| 5724372 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 11 2025 18:42:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 5724374 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 11 2025 18:43:00 | Tbom/Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 5724375 | + | Email/Text: bncmail@w-legal.com | Aug 11 2025 18:43:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5724376 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2025 18:53:12 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 5724377 | + | Email/Text: dht@pacollections.com | Aug 11 2025 18:43:00 | Tsarouhis Law Group, 21 S 9th Street, Allentown, PA 18102-4861 |
| 5724378 | + | Email/Text: LCI@upstart.com | Aug 11 2025 18:43:00 | Upstart Network Inc., 2950 S Delaware St Ste 3, San Mateo, CA 94403-2580 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5724359 | ##+ | Fsb Blaze, 2500 S Minnesota Ave, Sioux Falls, SD 57105-4729 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Patrick James Best | on behalf of Debtor 2 Latisha Cook patrick@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com |

Patrick James Best
    on behalf of Debtor 1 Darryle Cook patrick@armlawyers.com
    notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

Rev 12/01/19

# LOCAL BANKRUPTCY FORM 3015-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Darryle and Latisha Cook**

Debtor(s)

CHAPTER: 13

CASE NO. - -bk-

☒ ORIGINAL PLAN
1st, 2nd, 3rd AMENDED PLAN (indicate #)
0 Number of Motions to Avoid Liens
0 Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☒ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase- money security interest, set out in § 2.G | ☐ Included | ☒ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. <u>Plan Payments From Future Income</u>

      1. To date, the Debtor paid $ 0 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $8,460 plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 08/2025 (Month 1) | 07/2028 (Month 36) | $235 | | $235 | $8,460 |
| | | | | Total Payments: | $8,460 |

      2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

      3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

      4. *Check One:*
         ☑ Debtor is at or under median income.

   B. <u>Additional Plan Funding From Liquidation of Assets/Other</u>

      1. The Debtor estimates that the liquidation value of this estate is $ 8,286.77. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

      *Check one of the following two lines:*
      ☒ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

2

2. **SECURED CLAIMS.**

   A. <u>**Pre-Confirmation Distributions**</u>.  *Check One:*

   ☑ None.

   B. <u>**Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor**</u>.  *Check One:*

   ☐ None.
   *If this is checked, the rest of § 2.B need not be completed or reproduced.*

   ☒ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

   | Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
   |---|---|---|
   | Loan Depot | 121 American Way | 0651 |

   C. <u>**Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**</u>.  *Check One:*

   ☑ None.

   D. <u>**Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**</u>  *Check One:*

   ☑ None.

   E. <u>**Secured claims for which a § 506 valuation is applicable**</u>.  *Check One:*

   ☑ None.

   F. <u>**Surrender of Collateral**</u>.  *Check One:*

   ☑ None.

   G. <u>**Lien Avoidance**</u>.  *Do not use for mortgages or for statutory liens, such as tax*

3

*liens*. *Check One:*

☑ None.

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees</u>. Complete only one of the following options:

      a. In addition to the retainer of $ 0 already paid by the Debtor, the amount of $ 5000 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $ Enter text here per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one:*

      ☑ None.

   B. **Priority Claims (including certain Domestic Support Obligations).**

   Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

   | Name of Creditor | Estimated Total Payment |
   |---|---|
   |  |  |

   C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one:*

      ☑ None.

4. **UNSECURED CLAIMS.**

   A. <u>**Claims of Unsecured Nonpriority Creditors Specially Classified.**</u>  *Check one:*

   ☑ None.

   B. <u>**Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**</u>

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

   ☑ None.

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☐ plan confirmation.

   ☐ entry of discharge.

   ☒ closing of case.

7. **DISCHARGE:** *(Check one)*

   ☒ The debtor will seek a discharge pursuant to § 1328(a).
   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

   If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

   Payments from the plan will be made by the Trustee in the following order:

   Level 1: Adequate protection payments.
   Level 2: Debtor's attorney's fees.
   Level 3: Domestic Support Obligations.
   Level 4: Priority claims, pro rata.
   Level 5: Secured claims, pro rata.
   Level 6: Specially classified unsecured claims.
   Level 7: Timely filed general unsecured claims.
   Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS.

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

Enter text here

| | |
|---|---|
| Dated: July 3, 2025 | /s/ Patrick J. Best<br>Attorney for Debtor |
| | /s/ Darryle Cook<br>Debtor |
| | /s/ Latisha Cook<br>Joint Debtor |

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.