# LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Darryle Cook**<br>&<br>**Latisha Cook**<br><br>Debtor(s) | CHAPTER: 13<br><br><br><br><br>CASE NO. 5:25-bk-01870-MJC |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 5000.00 |
| 2. Less amount paid to attorney outside of plan distributions | $ 0 |
| 3. Balance of compensation to be paid through plan distributions | $ 5000.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 0 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Compensation and expenses to be approved by the Court | $ 0 |
| 2. Less amounts paid to attorney outside of plan distributions | $ 0 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ 0 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. ' 503(b)(2) in the following amount based on the information above: | $ 5000.00 |

Dated: September 25, 2025    /s/ Patrick J. Best
                                                    Attorney for Debtor